# United States District Court

__Southern__ District of __Texas__

United States District Court
Southern District of Texas
FILED

AUG 0 7 2005

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

V.

**Mario Esteban RODRIGUEZ**

(EWA)

Mexico
A 76 398 102

## CRIMINAL COMPLAINT

CASE NUMBER 1:05-PO- __1758__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __August 5, 2005__ in __Cameron__ County, in the __Southern__ District of __Texas__ defendant, being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a place other than designated by an Immigration Officer in violation of law;

in violation of Title __8__ United States Code, Section(s) __1325(a)(1).__

I further state that I am a __United States Border Patrol Agent__ and that this complaint is based on the following facts: **Subject was apprehended in Sarita, Texas on August 6, 2005. Subject admitted wading the Rio Grande River near Brownsville, Texas on August 5, 2005, thus avoiding inspection.**

Continued on the attached sheet and made part hereof: ☐ Yes  ☒ No

_Robert R. Guerra_   Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

__August 7, 2005__    at    Brownsville, Texas
Date                          *City and State*

**John Wm. Black**   U.S. Magistrate Judge
*Name and Title of Judicial Officer*   *Signature of Judicial Officer*